IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:08-MJ-00273 GSA |
|---|---|
| Plaintiff, | **ORDER RECALLING WARRANT** |
| v. | |
| JAVIER SAAVEDRA MIRANDA, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the warrant issued in the above-entitled action be recalled due to the demise of the defendant. FURTHER ORDERED that the Clerk of the Court is to CLOSE this case.

IT IS SO ORDERED.

Dated: __October 16, 2013__       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE